UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT SWAYZE,

                Plaintiff,

     -against-

THERESA LAFONTANT, NATASHA LAFONTANT, et al.,

                Defendants.

**ORDER**

21-cv-4867 (ER)

     A case management conference is scheduled for Friday, December 2, 2022, at 10:30 a.m. by telephone. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.

     SO ORDERED.

Dated:   November 8, 2022
             New York, New York

                                                  Edgardo Ramos, U.S.D.J.